G. & G. WHOLESALE GROCERS, INC., Respondent, v. THREE G. WHOLESALE GROCERS, INC., Appellant.— Action to restrain defendant from acts of unfair competition and for damages sustained by such acts. Defendant appeals from judgment in favor of plaintiff, after assessment of damages by an official referee, Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

GOODRICH SILVERTOWN STORES OF THE B. F. GOODRICH COMPANY, Respondent, v. NICK GERARD and EMIL SUDA, Copartners Trading under the Assumed Name KNOLLWOOD BRIDGE GARAGE, Appellants, and GEORGE VALENTINE, Defendant.— Action by a chattel mortgagee to replevy an automobile truck upon which appellants claim a garage keeper's lien. After trial by the court, without a jury, in the City Court of White Plains, the complaint was dismissed and judgment was rendered on the defendant garagemen's counterclaim for a money judgment against the plaintiff, chattel mortgagee. On appeal to the County Court, Westchester County, the judgment of the City Court of White Plains was reversed, the counterclaim dismissed, and judgment of replevin granted in favor of plaintiff, as prayed for in the complaint. Order of the County Court of Westchester County unanimously affirmed, with costs. No opinion. Appeal from the judgment of the said City Court, purporting to have been dated March 13, 1939, and entered on the order of reversal, dismissed, without costs. There is no such judgment in the record. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Required for the Street Area Bounded by the Easterly Property Line of the United States Naval Hospital Adjoining Williamsburgh Road, the Northerly Line of Wallabout Street, the Northwesterly Line of Wallabout Street, Adjoining Classon Avenue as Shown upon a Map Dated November 25, 1936, the Westerly Line of Classon Avenue, the Southerly Line of Hewes Street, the Southwesterly Line of Kent Avenue, the Northerly Line of Wallabout Street, the Easterly Line of Classon Avenue and the Northerly Line of Flushing Avenue; for the Street Area Bounded by Montrose Avenue, Union Avenue, Johnson Avenue and Broadway, and for the Widening and Extending of Meeker Avenue from Vandervoort Avenue to Union Avenue, in the Borough of Brooklyn, City of New York. FRANK DE DONATO and JOSEPH MIHALOVICH, Appellants; THE CITY OF NEW YORK, Respondent.— Proceeding for the condemnation of certain real property in connection with the widening and extending of Meeker avenue in Brooklyn, New York. Decree, so far as it concerns the award for Damage Parcel 137, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.